IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NUTRIEN AG SOLUTIONS, INC.                                              PLAINTIFF

V.                                              Civil Action No. 1:19-cv-184-GHD-DAS

KEVIN BRADLEY FUNDERBURK d/b/a
FUNDERBURK FARMS                                DEFENDANT/COUNTER-PLAINTIFF

V.

NUTRIEN AG SOLUTIONS, INC.                                     COUNTER-DEFENDANT

### ORDER DENYING COUNTER-DEFENDANT'S MOTION TO DISMISS

Pursuant to an opinion entered this date, it is hereby ORDERED that:

(1) the Plaintiff/Counter-Defendant's Motion to Dismiss Counterclaim [8] is DENIED; and

(2) this matter SHALL PROCEED, including the Counterclaim asserted by the Defendant/Counter-Plaintiff [6].

SO ORDERED, this, the 15th day of June, 2020.

_____
SENIOR U.S. DISTRICT JUDGE

1