UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC. | PLAINTIFF |
| V. | Civil Action No. 1:19-cv-184-GHD-DAS |
| KEVIN BRADLEY FUNDERBURK d/b/a FUNDERBURK FARMS | DEFENDANT/COUNTER-PLAINTIFF |
| V. | |
| NUTRIEN AG SOLUTIONS, INC. | COUNTER-DEFENDANT |

ORDER GRANTING MOTION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

Presently before the Court is the parties' joint Motion to File Conditional Consent Judgment and Forbearance Agreement Under Seal with the Court. Upon due consideration, the Court finds that the motion should be granted and that the subject document be filed under seal.

The parties have reached an agreement that resolves this dispute, and have memorialized their resolution in the subject Agreement. The parties wish to have the Agreement placed into the record, with it under seal, except in the event of a default, in which case the parties reserve the right to move for leave of Court to have the document unsealed.

Accordingly, the Court hereby ORDERS that the parties' joint Motion to File Conditional Consent Judgment and Forbearance Agreement Under Seal [19] is GRANTED; consistent with the requirements of Uniform Local Civil Rule 79, which governs the process for the sealing of court records, the parties' Conditional Consent Judgment and Forbearance Agreement is hereby to be docketed as SEALED from public access with CM/ECF access permitted solely to the parties, court

personnel, and the litigants' counsel.

SO ORDERED THIS the 21st day of July, 2020.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE