IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NUTRIEN AG SOLUTIONS, INC.      PLAINTIFF

V.      Civil Action No. 1:19-cv-184-GHD-DAS

KEVIN BRADLEY FUNDERBURK d/b/a
FUNDERBURK FARMS      DEFENDANT/COUNTER-PLAINTIFF

V.

NUTRIEN AG SOLUTIONS, INC.      COUNTER-DEFENDANT

## ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court ORDERS that this action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen this action upon cause shown that settlement has not been completed and further litigation is necessary.

SO ORDERED, this, the 21st day of July, 2020.

            _/s/ Glen H. Davidson_
            SENIOR U.S. DISTRICT JUDGE